IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

05 MAY -2 AM 10: 51

CLERK, U.S. DIST. CT.
W. D. OF TN. MEMPHIS

**UNITED STATES OF AMERICA**

v.

**MICHAEL JONES**                                05cr20099-D

## ORDER ON ARRAIGNMENT

This cause came to be heard on _May 2, 2005_ the United States Attorney for this district appeared on behalf of the government, and the defendant appeared in person and with counsel:

NAME _Doris Randle-Holt (FPD)_ who is Retained/**Appointed**.

The defendant, through counsel, waived formal arraignment and entered a plea of not guilty.

All motions shall be filed within thirty (30) days from the date hereof unless, for good cause shown to a District Judge, such period is extended.

_✓_ The defendant, who is not in custody, may stand on his present bond.
_✓_ The defendant, (not having made bond) (being a state prisoner) (being a federal prisoner) (being held without bond pursuant to BRA of 1984), is remanded to the custody of the U.S. Marshal.

_[signature]_
UNITED STATES MAGISTRATE JUDGE

CHARGES -18:922g
Firearms

Attorney assigned to Case: S. Hall

Age: 46

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 5-2-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 12 in case 2:05-CR-20099 was distributed by fax, mail, or direct printing on May 2, 2005 to the parties listed.

---

PDA
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Stephen P. Hall
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT